In the Matter of Andrew J. Moran, Appellant, against S. Howard Cohen et al., Constituting the Board of Elections of the City of New York et al., Respondents.

(Argued October 26, 1934; decided October 26, 1934.)

*Theodore B. Richter, Milton Gladstone* and *Samuel D. Smoleff* for appellant.

*Edwin A. Whalen* and *Nathan Blum* for respondents.

Order affirmed on the ground that proceeding must be instituted within ten days of a primary election. (Election Law [Cons. Laws, ch. 17], § 330, subd. 2.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.